# EXHIBIT B



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

# Court of Common Pleas

**ANSWER OF...**
September 2, 2021 11:49

By: WILLIAM CRAIG BASHEIN 0034591

Confirmation Nbr. 2342611

| | |
|---|---|
| TIMOTHY A. BOYKO, ADM OF THE ESTATE OF ETC., ET AL | CV 21 949518 |
| vs. | |
| JOSEPH J. SCARAVILLI, ET AL. | **Judge:** NANCY R. MCDONNELL |

**Pages Filed:** 2

# IN THE COURT OF COMMON PLEAS

## CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| Timothy A. Boyko, Administrator, et al., | Case No. CV 21 949518 |
| Plaintiff | Judge Brendan J. Sheehan |
| vs. | |
| Joseph J. Scaravilli, et al., | **ANSWER OF DEFENDANTS, JOSEPH J. SCARAVILLI AND HEIDI F. SCARAVILLI** |
| Defendants | |

Now come the defendants, Joseph J. Scaravilli and Heidi F. Scaravilli, by and through their counsel of record and for their answer to plaintiffs' complaint state as follows:

1.  Defendants admit the allegations of Paragraphs One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, Nineteen, Twenty, Twenty One, Twenty Two, and Twenty Three (1,2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23) of plaintiffs' complaint.

WHEREFORE, having fully answered plaintiffs' complaint, defendants pray that tis Court render judgment accordingly.

LAW OFFICES
BASHEIN & BASHEIN
CO., L.P.A.
TERMINAL TOWER
35TH FLOOR
50 PUBLIC SQUARE
CLEVELAND, OHIO 44113
(216) 771-3239

887894

Electronically Filed 09/02/2021 11:49 / ANSWERS / CV 21 949518 / Confirmation Nbr. 2342611 / BATCH

RESPECTFULLY SUBMITTED,

*W. Craig Bashein*
W. CRAIG BASHEIN (#0034591)
STEPHAN C. KREMER (#0061473)
THOMAS J. SHEEHAN (#0069601)
BASHEIN & BASHEIN CO., L.P.A.
The Terminal Tower
50 Public Square, Suite 3500
Cleveland, Ohio 44113
(216) 771-3239
(216) 781-5876 (facsimile)

cbashein@basheinlaw.com
skremer@basheinlaw.com
tjs@basheinlaw.com

Attorneys for Defendants, Joseph J. Scaravilli and Heidi Scaravilli

## SERVICE

A copy of the foregoing Answer was served via the Court's electronic filing system upon:

Frank L. Gallucci
David R. Grant
55 Public Square, Suite 2222
Cleveland, Ohio 44113
fgallucci@pglawyer.com
dgrant@pglawyer.com

*W. Craig Bashein*
W. CRAIG BASHEIN (#0034591)
BASHEIN & BASHEIN CO., L.P.A.

LAW OFFICES
BASHEIN & BASHEIN
CO., L.P.A.
TERMINAL TOWER
35TH FLOOR
50 PUBLIC SQUARE
CLEVELAND, OHIO 44113
(216) 771-3239

Electronically Filed 09/02/2021 11:49 / ANSWERS / CV 21 949518 / Confirmation Nbr. 2342611 / BATCH

887894