# EXHIBIT C



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**GENERAL PLEADING**
**October 13, 2021 10:01**

By: WILLIAM CRAIG BASHEIN 0034591

Confirmation Nbr. 2374792

| | |
|---|---|
| TIMOTHY A. BOYKO, ADM OF THE ESTATE OF ETC., ET AL | CV 21 949518 |
| vs. | |
| JOSEPH J. SCARAVILLI, ET AL. | **Judge:** NANCY R. MCDONNELL |

Pages Filed: 2

## IN THE COURT OF COMMON PLEAS

### CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| Timothy A. Boyko, Administrator, etc., | Case No. CV 21 949518 |
| Plaintiff | Judge Timothy J. McGinty |
| vs. | |
| Joseph J. Scaravilli, et al., | **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| Defendants | |

Now come the Defendants, Joseph J. Scaravilli and Heidi F. Scaravilli, by and through their counsel of record, and confirm they do not oppose Plaintiff's Motion fo Judgment on the Pleadings based upon the Defendants' previously filed Answer admitting the allegations in Plaintiff's complaint.

RESPECTFULLY SUBMITTED,

W. Craig Bashein

W. CRAIG BASHEIN (#0034591)
BASHEIN & BASHEIN CO., L.P.A.
The Terminal Tower
50 Public Square, Suite 3500
Cleveland, Ohio 44113
(216) 771-3239
(216) 781-5876 (facsimile)
cbashein@basheinlaw.com

Attorney for Defendants, Joseph J. Scaravilli and Heidi Scaravilli

LAW OFFICES
ASHEIN & BASHEIN CO., L.P.A.
TERMINAL TOWER
35TH FLOOR
50 PUBLIC SQUARE
CLEVELAND, OHIO 44113
(216) 771-3239

Electronically Filed 10/13/2021 10:01 / OTHER / CV 21 949518 / Confirmation Nbr. 2374792 / CLLMD

## SERVICE

A copy of the foregoing was served via the Court's electronic filing system on this 13th day of October, 2021 upon:

Frank L. Gallucci
David R. Grant
55 Public Square, Suite 2222
Cleveland, Ohio 44113
fgallucci@pglawyer.com
dgrant@pglawyer.com

W. Craig Bashein

W. CRAIG BASHEIN (#0034591)
BASHEIN & BASHEIN CO., L.P.A.

Electronically Filed 10/13/2021 10:01 / OTHER / CV 21 949518 / Confirmation Nbr. 2374792 / CLLMD

LAW OFFICES
ASHEIN & BASHEIN
CO., L.P.A.
TERMINAL TOWER
35TH FLOOR
50 PUBLIC SQUARE
LEVELAND, OHIO 44113
(216) 771-3239