# EXHIBIT D

119044989

FILED
OCT 15 2021
Clerk of Courts
Cuyahoga County, Ohio

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

TIMOTHY A. BOYKO, ADM OF THE ESTATE OF ETC., ET AL
    Plaintiff

JOSEPH J. SCARAVILLI, ET AL.
    Defendant

Case No: CV-21-949518

Judge: NANCY R MCDONNELL

## JOURNAL ENTRY

PLAINTIFF'S 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS, FILED 9/13/2021, IS GRANTED. THE COURT AFTER CONSTRUING THE COMPLAINT AND ANSWER IN THE LIGHT MOST FAVORABLE TO THE PLAINTIFF, AND ACCEPTING ALL ITS FACTUAL ALLEGATIONS AS TRUE, AND DEFENDANT HAVING ADMITTED THE SAME, FIND JUDGMENT IS RENDERED IN FAVOR PLAINTIFF. THERE IS NO JUST CAUSE FOR DELAY.

CASE TO BE SET FOR BENCH TRIAL ON ISSUE OF DAMAGES.
THIS ENTRY TAKEN BY JUDGE TIMOTHY J MCGINTY.

Judge Signature /s/     Date